**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ADVOCACY TRUST, LLC, as Special Administrator of the Estate and on behalf of the Wrongful Death Beneficiaries of Jeffrey William McKenzie, Deceased** **PLAINTIFF**

**v.** **No. 3:24-cv-8-DPM**

**BLM GROUP USA CORPORATION, f/k/a BLM-ADIGE USA CORP; BLM S.p.A.*; and JOHN DOES 1-10** **DEFENDANTS**

# JUDGMENT

Advocacy Trust's claims against BLM S.p.A and John Does 1-10 are dismissed without prejudice. Advocacy Trust's claims against BLM Group USA Corporation are dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

10 September 2026

* The Court directs the Clerk to correct BLM S.p.A.'s name.